# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2023

## NO. 03-22-00692-CV

**Ida S. Romero and Maria N. Romero-Piche a/k/a Nicole Romero-Piche, Appellants**

**v.**

**Hometown Kyle Homeowners Association, Inc., Appellee**

### APPEAL FROM THE COUNTY COURT AT LAW NO 3 OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### DISMISSED FOR WANT OF PROSECUTION –
### OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on March 28, 2022. Having reviewed the record, the Court holds that Ida S. Romero and Maria N. Romero-Piche a/k/a Nicole Romero-Piche have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.